**FILED**
September 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DAVID ROLDAN-MELENDEZ,** <br><br> **Petitioner,** <br><br> **v.** <br><br> **DAVID J. VENTURELLA and WARDEN, KARNES COUNTY IMMIGRATION PROCESSING CENTER,** <br><br> **Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. SA-26-CV-5439-OLG** |

**ORDER**

Before the Court is Petitioner David Roldan-Melendez's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1), wherein he challenges his mandatory detention during removal proceedings. But Petitioner's removal proceedings have concluded. On August 21, 2026, the immigration judge granted him a pre-conclusion voluntary departure. *See* Dkt. No. 4-2. Petitioner waived any right to appeal that decision. *Id.* at 3. Because Petitioner's removal proceedings have concluded and he has affirmatively agreed to depart the United States by September 17, 2026, the Petition (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on September 2, 2026.

ORLANDO L. GARCIA
United States District Judge